ACCEPTED
05-18-00064-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 4:58 PM
LISA MATZ
CLERK

CASE NO. 05-18-00064-CR

IN THE FIFTH COURT OF APPEALS

DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 4:58:31 PM
LISA MATZ
Clerk

_____

QUINCY BLAKELY, Appellant

V.

THE STATE OF TEXAS, Appellee.

_____

APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S JURISDICTIONAL LETTER BRIEF

_____

Quincy Blakely
2701 Little Elm Parkway Ste. 100-551
Little Elm, Texas

**TO THE HONORABLE FIFTH COURT OF APPEALS**:

NOW COMES Quincy Blakely, Appellant herein, hereby moves this Court to extend briefing schedule in this proceeding. In support of this motion, Appellant would show as follows:

1.     This Court advised the parties on January 23, 2018 to file a jurisdictional letter brief, and Appellant's deadline for filing said jurisdictional letter brief in this matter is January 31, 2018 and Appellee's deadline is February 9, 2018.

2.      However, Appellant is seeking counsel in the preparation of the jurisdictional letter matters and hereby request an extension to properly respond.

3.      In light of seeking counsel, and due to the short notice provided for preparing and filing this jurisdictional brief, Appellant has not yet had an adequate opportunity to properly prepare the brief to be considered by this Court, and thus, seeks an extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the jurisdictional issues presented, which relate to this Court's jurisdiction to entertain an appeal after a Motion to Dismiss for Lack of Subject Matter and Personal Jurisdiction which was denied.

4.      The State of Texas would not suffer any undue hardship or other prejudice as a result of an extension in the present case. This request is sought not for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully moves this Court to grant the requested Appellant's First Motion to Extend Time to File Appellant's Jurisdictional Letter Brief and reschedule this matter so as to allow Appellant to properly present his brief to This Court, and to grant any and all relief to which Appellant may be entitled in law or equity.

/s/ Quincy Blakely
2701 Little Elm Parkway #100-551
Little Elm, Texas
blakelyrightsreserved@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Appeal was served upon the Dallas County District Attorney's Office via https://efile.txcourts.gov.

/s/ Quincy Blakely